UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

S.C. JOHNSON & SON, INC.,

    Plaintiff,

v.

MINIGRIP, LLC,

    Defendant.

Case No. 16-CV-244

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that S.C. Johnson & Son, Inc. ("SCJ"), by and through its attorneys, Reinhart Boerner Van Deuren s.c., appeals to the United States Court of Appeals for the Seventh Circuit from the July 7, 2017 final decision and order granting Defendant Minigrip, LLC's motion for summary judgment and denying all other pending motions, including SCJ's motion for preliminary injunction (Dkt. 152).

Dated this 4th day of August, 2017.

*s/ Ryan S. Stippich*
David G. Hanson
WI State Bar ID No. 1019486
dhanson@reinhartlaw.com
Mark A. Cameli
WI State Bar ID No. 1012040
mcameli@reinhartlaw.com
Ryan S. Stippich
WI State Bar ID No. 1038045
rstippich@reinhartlaw.com
James M. Burrows
WI State Bar ID No. 1084705
jburrows@reinhartlaw.com
Attorneys for Plaintiff
S.C. JOHNSON & SON, INC.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965
Telephone: 414-298-1000
Facsimile: 414-298-8097